AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

HD
AW
Rcv'd by:

United States of America

v.

WILLIAM ALGER

_Defendant_

)
)
)
)
)
)

Case No. BAH 25cr23

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     William Alger

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of a Child, 18 U.S.C. § 2251(a)
Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity, 18 U.S.C. § 2422(b)
Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Date: February 5, 2025

_Issuing officer's signature_

City and state:     Baltimore, Maryland

U.S. Magistrate Charles Austin

_Printed name and title_

| Return | |
|---|---|
| This warrant was received on _(date)_ 2/5/25 | ; and the person was arrested on _(date)_ 2/14/25 |
| at _(city and state)_ Hagerstown, MD | |
| Date: 2/14/2025 | S/A _____ Clerk |
| | _Arresting officer's signature_ |
| | Special Agent Christopher Reid |
| | _Printed name and title_ |