# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 630-3739

JAMES WYDA
FEDERAL PUBLIC DEFENDER

JONATHAN HETTLEMAN
JOANNA SILVER
ASSISTANT FEDERAL PUBLIC DEFENDERS

September 9, 2025

The Honorable Brendan Hurson
U.S. District Court
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *United States v. William Foster Alger*
            Criminal Case No. BAH-25-23

Dear Judge Hurson:

     We write to supplement the government's motion requesting that this Court exclude 60 days from the calculation of time that has expired under the Speedy Trial Act. The defense is continuing its own investigation into the facts of the alleged offenses and relevant mitigation. The international nature of this case, and Mr. Alger's age, add to the complexity of that investigation. Additionally, the parties are continuing to work together in good faith to discuss potential resolutions to this case short of trial.

                                                            Respectfully submitted,

                                                            /s/
                                                      Jonathan Hettleman
                                                      Joanna Silver
                                                      Assistant Federal Public Defenders