## Attachment A

*The undersigned parties hereby stipulate and agree that the following facts are true and accurate, and that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

William Foster Alger ("Alger") is a resident of Hagerstown, Maryland, and was between 74 and 76 years old at the time of the offenses. From November 2023 through December 2024, Alger used mobile phones and online applications to persuade, induce, entice, and coerce three minor victims to engage in sexual activity. The victims lived in Ecuador, and Alger paid the victims' mothers through Western Union payments to send Alger images of the victims engaged in sexually explicit conduct.

Alger travelled frequently to Ecuador, including five trips to Ecuador since 2021. Alger purchased land and built a residence in Ecuador, and his iCloud account included numerous photos of Alger at this residence. The photos include photos of Alger with Jane Doe 1, Jane Doe 2, and their mother.

Alger's Exploitation of Jane Doe 1 and Jane Doe 2 (Counts 1 through 7):

Jane Doe 1 was born in 2011 and was 10 to 12 years old during the offenses against her. Jane Doe 2 was born in 2008 and was 13 to 16 years old during the offenses against her. Jane Doe 1 and Jane Doe 2 are sisters, and Alger has known them since 2013 when Minor Victim 1 was an infant and Minor Victim 2 was 5 years old.

On numerous days in November 2022, Alger used WhatsApp to engage in sexual communications with Jane Doe 2. From November 2023 through December 2024, Alger used WhatsApp to coerce and entice Jane Doe 1 and Jane Doe 2 to cause Jane Doe 1 and Jane Doe 2 to produce and send him sexually explicit images. In the communications, both victims sent Alger photographs of themselves in various states of undress, including depictions of their genitals. There were at least a dozen photographs of the sisters located in Alger's iCloud Photo Library that depict the victims' genitals.

The mother and victims have stayed at Alger's house in Ecuador.

Sexual Exploitation of Jane Doe 1 on November 20, 2023 (Counts 1 and 2):

**Group 1, November 20, 2023 (Jane Doe 1 was age 12) (Count 1):**

In a WhatsApp chat on Alger's iPhone from November 20, 2023, Jane Doe 1 sent a message to Alger asking for money. Alger agreed to send money in exchange for "a photo." An image depicting Jane Doe 1, fully nude, with her genitals exposed, was sent to Alger.

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 0 9 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Alger's Sexual Exploitation of Jane Doe 2 (Counts 3, 4, 5, 6, and 7):

**Group 2, April 6, 2024 (Jane Doe 2 was age 15) (Count 3):**

On April 6, 2024, Alger sent $60 to Jane Doe 2 in exchange for an image of Jane Doe 2's exposed genitals, as set forth in the messages below.[1]

| | |
|---|---|
| Alger: | $60<br>OK? |
| Alger: | [Sent a picture of a $60 wire transfer, dated April 6, 2024, from a store on Ritchie Highway in Maryland, in his name, with his phone number and address. The recipient is the mother of Jane Doe 1 and Jane Doe 2.] |
| Jane Doe 2: | thanks |
| Alger: | I want nice photos now, please<br>***<br>my beautiful photos don't forget<br>tomorrow both |
| Jane Doe 2: | [Sent an image depicting Jane Doe 2 standing, fully nude, with her hand on her hip and her genitals exposed. The photo is taken from below, making Jane Doe 2's genitals the focal point of the image.] |

After Alger received the image, he told Jane Doe 2 that she is pretty.

**Group 3, April 6, 2024 through April 8, 2024 (Jane Doe 2 was 15) (Count 4):**

After Jane Doe 2 sent the image from Count 3, Alger initiated a discussion with Jane Doe 2 about Jane Doe 2 shaving her pubic hair. The conversation included discussion of payment, and culminated in Jane Doe 2 sending an image of her shaved genitals on April 8, 2024. Excerpts from the conversation are below:

| | |
|---|---|
| Alger: | tomorrow I am going to send for your elegant vagina  take 4 to 5 photos like that and then get closer and a little bit deeper inside. ✎ |
| Alger: | I want to see how your hair is doing down there right now |
| *** | |
| Alger: | Don't forget my photos. I'm responsible too |
| Jane Doe 2: | As soon as I get home I'll send photos |

---

[1] The chats were located in Alger's phone and in his iCloud account. The chats were primarily in Spanish, and have been translated from Spanish to English.

|  | My loving one |
|---|---|
| Alger: | ⬤ ✈ 🐡 🙈 🙉 🙊 ⚰ 😵 💓 |

| Jane Doe 2: | I love him so much 🖤 |
|---|---|
|  | When I get back I'll write to you |
|  | But like heaven |
|  | From afar |

| Alger: | That's why you are an angel |
|---|---|

\*\*\*

| Alger: | in front |
|---|---|

\*\*\*

| Alger: | Something more interesting |
|---|---|

| Jane Doe 2: | [sent an image file, a selfie, depicting Jane Doe 2 sitting on a bed, naked, with her shaved vagina exposed] |
|---|---|

\*\*\*

| Jane Doe 2: | Honey, I'm going to the park for a little while. |
|---|---|

| Alger: | thank you for these years and memories |
|---|---|

**Group 4, July 27, 2024 (Jane Doe 2 was 16) (Count 5):**

On July 27, 2024, Alger explicitly asked Jane Doe 2 for an image of her vagina, and sent her $50. Following a 19-minute video call between Alger and the minor, Alger had the following conversation:

| Alger: | Tits and leg open |
|---|---|

| Jane Doe 2: | [Asked Alger for money] |
|---|---|

| Alger: | some open |
|---|---|
|  | Elegant. And why not face and why delete. I want to see my vagina pretty as always before. |

| Jane Doe 2: | Now my loving |
|---|---|

| Alger: | the others now please. I don't like without a face. |
|---|---|

Rev. August 2018

| Alger: | [Sent an image of a receipt for a $50 wire transfer dated July 27, 2024, from a store in Hagerstown in his name, with his phone number and address. The recipient is the mother of Jane Doe 1 and Jane Doe 2.] |
|---|---|

| Alger: | don't forget me this afternoon, I want every part of you |
|---|---|

**Group 5, August 25, 2024 (Jane Doe 2 was 16) (Count 6):**

On August 25, 2024, in the WhatsApp chat below with Jane Doe 2, Alger asked Jane Doe 2 for a video of Jane Doe 2 engaged in sexually explicit conduct, and Alger sent an image of a $150 money order that he obtained that day.

| Jane Doe 2: | My little stuffed animal<br>I hope you can help with the games otherwise I can't participate tomorrow<br>Tomorrow measure the uniform<br>It's just that the room is dark. |
|---|---|

| Alger: | It's not, but okay. It's something. Thank you, my fairies. I'll send it in an hour. Please get closer with more light today. I want my sexy and cute girls. We can fuck hard like before when I arrive. Together or alone, as you want. Darling. You both like my cum a lot, yes, you remember. |
|---|---|

| Jane Doe 2: | My little stuffed animal |
|---|---|

| Jane Doe 2: | You are going to help them with the sports games. |
|---|---|

| Alger: | Cal |
|---|---|

| Alger: | Call |
|---|---|

| Alger: | $150 Pichincha |
|---|---|

| Alger: | [Sent an image of a money transfer receipt dated August 25, 2024, a store in Hagerstown in his name, with his phone number and address. The recipient is the mother of Jane Doe 1 and Jane Doe 2.] |
|---|---|

| Jane Doe 2: | (smiley emoji with a heart) Thank you, my dear.<br>I'm going quickly to withdraw. |
|---|---|

\*\*\*

| Alger: | Better to make 2 or 3 videos with the 4 pretty girls as nude models. In front and move round and round in the back. Everywhere beautiful and sexy as we all like it. We play like a happy family when I arrive. |
|---|---|

\*\*\*

4

Alger:        Not with automatic deletion because I can delete them after 10
              minutes. It's not illegal because it's our family and it's pure love.

Alger's Exploitation of Jane Doe 3 (Counts 8, 9 and 10) (Jane Doe 3 was 6-7 years old):

Using WhatsApp, Alger communicated in a chat with Jane Doe 3' mother from August 2024 through at least December 11, 2024. The chat related to the sexual exploitation of Jane Doe 3, who was born in the fall of 2017.

**Group 6, August 24, 2024 (Jane Doe 3 was 6) (Count 8):**

In a chat on August 24, 2024, Alger asked about a photo, then Jane Doe 3's mother sent a video of Jane Doe 3 touching her exposed genitals, followed by another video of Jane Doe 3's genitals. Alger responded:

*Thank you. But another like the second. Do the third again. And a hand up to her arm in the vagina*
*Ok. More videos please.*

The mother then asked Alger for money and sent another video depicting Jane Doe 3 touching her genitals, and an adult hand is seen grabbing Jane Doe 3's hand and moving it into her genitals. Alger responded,

*How much is it ?*
*I want fingers inside the vagina*

The mother asked for $70, and Alger responded that he had $50. Within an hour of the last video, Alger sent an image of a $50 money transfer receipt from a store in Hagerstown dated August 25, 2024. The sender of the money transfer is listed as William Foster Alger with Alger's phone number and address.

**Group 7, December 11, 2024 (Jane Doe 3 was 7) (Count 9):**

On December 11, 2024, Alger asked Jane Doe 3's mother for depiction of Jane Doe 3 engaged in sexually explicit conduct, as follows:

Alger:        I think my lawyer can help when he arrives. I'll send $20 to you via [name
              of Jane Doe 3's grandfather] now. What can you send me today [mother's
              name]?

Mother:       I can send opening my little one with the oil and my tongue and my smallest
              fingers my Bill and tongue d [Jane Doe 3] also.

Alger:        Ok [mother's name] sexy. Teacher

Alger:        I prefer with others do as you can.

Rev. August 2018

| Mother: | It is not possible with others yet first I will open with my tongue and tongue of your fairy [Jane Doe 3] and two of her to open those little angel lips. |
| --- | --- |
| Alger: | I am going to try. With Guayaquil? |
| Alger: | I also want to see [Jane Doe 3] and her princess's arms deep in your perfect and Pretty vagina. I will know you well and enchant you. |
| Mother: | She can put both arms in my vagina, my two-year old baby too, because her hands are small. |
| Alger: | Okay. I want to see. Ok [mother's name], $30 today. We don't cut the videos. |
| Mother: | Okay my Bill boy do long. |
| Alger: | Half an hour [mother's name] |
| Alger: | [mother's name], Here's $30. Let me know when you send my nice things. Bank of Guayaquil. |
| Alger: | [Sent an image of a money transfer receipt. The receipt is dated 12-11-2024 The recipient is Jane Doe 3's mother, in her home town in Ecuador. The sender is William Foster Alger. The amount is for $30.] |
| Mother: | Thank you my Bill, its late. |

<u>December 20, 2024 Search Warrant at Alger's Residence:</u>

On December 20, 2024, a federal warrant was executed at Alger's Washington County, Maryland residence, where he lived alone. The devices below were seized during the search:

- iPhone 11, Serial Number DX4DC9V9N72J;
- iPhone SE, Serial Number F17F2947PLJP; and
- iPhone SE, Serial Number FFMHPMX9PLJN; and
- Western Digital, model WD800 hard drive, S/N WMA8E5102005.

Images of minors engaged in sexually explicit conduct were found on all of the above devices, as well as in Alger's iCloud account. Many of the WhatsApp messages discussed above were also located on the devices and in the iCloud account. The images described above were also located in the iCloud account and on some of the devices, and some of the depictions were saved to Alger's Photos application.

At the time of the execution of the search warrant, Alger was advised of his *Miranda* rights agreed to speak with investigators, and provided the following information:

6

- Alger stated that he sent money daily to three families – mothers and daughters. He said that he sent the money "to help them survive."

- Alger stated that he was sending the money to Ecuador only to help the families, and not in exchange for child pornography or sexual exploitation.

- Alger told investigators that it is the culture of Ecuadorians to send him nude images, and that at times the images were sent to him for medical advice.

- As to the video of Jane Doe 3 touching her genitals that was followed immediately by Alger's payment, Alger said that the payment was solely for the purchase of a refrigerator.

- Alger admitted that he stated in a chat that he had sex with Jane Doe 1 but Alger stated that it was not true.

- Alger denied engaging in sex with minors during his trips to Ecuador and maintained that he was trying to "save" the kids from exploitation that was part of their culture.

- Alger stated that he had recently purchased a flight to Ecuador that was departing on Christmas eve.


The phones used by Alger to coerce and entice the victims and their mothers to engage in sexually explicit conduct were made outside of Maryland. Alger admits that he used a facility and means of interstate commerce, to persuade, induce, entice, and coerce Jane Doe 1, Jane Doe 2, and Jane Doe 3 to engage in sexual activity, and that he could have been charged with a criminal offense for that activity.


I have reviewed the foregoing Statement of Facts with my attorney, understand it, agree with it, and do not wish to change any part of it. I further understand that it is included as a part of my plea agreement with the government in this case.


2/9/26
_____
Date

_____
William Foster Alger


I am the attorney for the defendant. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

Rev. August 2018

2/9/26
_____
Date

_____
Joanna Silver
Counsel for Defendant

    I am the attorney for the defendant.  I have carefully reviewed every part of this Statement of Facts with him.  To my knowledge, his decision to sign it is an informed and voluntary one.

2/9/26
_____
Date

_____
Jonathan Hettleman
Counsel for Defendant